UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:24-cv-00236

JASON MEE,

    Plaintiff,

v.

MEDLYTIX, LLC,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Jason Mee, and Defendant, Medlytix, LLC, ("the Parties"), by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Dismissal with Prejudice of the above-styled action. Plaintiff and Defendant shall each bear their own attorneys' fees and costs.

DATED: July 1, 2024.

| | |
|---|---|
| */s/ Bridget L. Scarangella* | */s/ Ernest H. Kohlmyer, III* |
| Bridget L. Scarangella, Esq. | Ernest H. Kohlmyer, III, Esq., LL.M. |
| Florida Bar No.: 1022866 | Florida Bar No. 110108 |
| BScarangella@seraphlegal.com | Skohlmyer@shepardfirm.com |
| 2124 West Kennedy Boulevard, Suite A | Shepard, Smith, Kohlmyer & Hand, P.A. |
| Tampa, FL 33606 | 2300 Maitland Center Parkway, Suite 100 |
| Tel: 813-567-1230 (Ext: 306) | Maitland, Florida 32751 |
| Fax: 855-500-0705 | Telephone (407) 622-1772 |
| *Counsel for Plaintiff* | |

        Facsimile (407) 622-1884
*Attorneys for Defendant, Medlytix, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **July 1, 2024,** via the Court Clerk's CM/ECF system which will provide notice to the following: Bridget L. Scarangella, Esquire at BScarangella@seraphlegal.com *(Attorney for Plaintiff)*.

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III, Esq., LL.M.
Florida Bar No.: 0110108
SKohlmyer@Shepardfirm.com
service@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, FL  32751
Phone: (407) 622-1772
Fax: (407) 622-1884
*Attorneys for Defendant, Medlytix, LLC*